```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Jonathan Shafmaster
Carol Shafmaster

    v.                        Civil No. 09-cv-238-PB

United States of America

      Re: Document No. 12, Motion for Protective Order

      Ruling: Plaintiffs' opposition to the motion is premised on the claim that it will affect their entitlement to relief if they can demonstrate that an 18 month delay in conducting the audit was unreasonable under the circumstances. They have failed, however, to cite to any statute, regulation, or decision to support this claim. I will not conduct my own review to determine whether the premise is valid. Since the premise on which the argument is based is unsupported, the argument itself is unpersuasive. Motion granted.

      So ordered.

                                             /s/ Paul Barbadoro
                                             Paul Barbadoro
                                             U.S. District Court Judge

Date:  September 14, 2010

cc:   Counsel of Record